**DISMISS and Opinion Filed October 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00955-CV**
_____

**IN RE ROBIN CHRISTOPHER, Relator**

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-03767-1**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Kennedy

Before the Court is relator's October 2, 2023 motion to dismiss her petition

for writ of mandamus. We grant the motion, and we dismiss this original proceeding.


/Nancy Kennedy/
_____
NANCY KENNEDY
JUSTICE

230955F.P05